UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLINTON K. LOVING (#91220)

VERSUS

DENNIS C. KELLY, ET AL.

CIVIL ACTION

NO. 11-355-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 26, 2011 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), and without prejudice to any state law claim.

Baton Rouge, Louisiana, September 13, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA